| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>----------------------------------------------------------------------X<br>NEW FALLS CORPORATION,<br><br>                                                Plaintiff,<br><br>          -against-<br><br>KASADEL INC. AND KASHIF IBAD,<br><br>                                                Defendants.<br>----------------------------------------------------------------------X | Case No.<br><br><br><br>**RULE 7.1 STATEMENT** |

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Plaintiff, a private non-governmental party, certifies that the following is a corporate parent and any publicly held corporation that owns 10% or more of its stock:

      None

Dated:      New York, New York
                  July 24, 2007

                                                    s/Stephen Vlock
                                                     STEPHEN VLOCK (SV0067)