# VLOCK & ASSOCIATES, P.C.
### ATTORNEYS AT LAW

230 PARK AVENUE
NEW YORK, N.Y. 10169-0199

TEL: (212) 557-0020
FAX: (212) 557-7283

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 0 9 2007**

October 9, 2007

**SO ORDERED
The conference is adjourned to November 28, 2007 at 9:30 a.m.**

OCT 0 9 2007

*George B. Daniels*
HON. GEORGE B. DANIELS

FACSIMILE

The Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  New Falls Corporation v. Kasadel Inc.,
     and Kashif Ibad
     Case No. 07 CV 6700

Dear Judge Daniels:

We represent the Plaintiffs in the above-referenced matter. We are still trying to serve the individual defendant, Kashif Ibad with the Summons and Complaint.

As such, we request the Court adjourn the Pre-Trial Conference scheduled for October 11, 2007 to November 28, 2007 as per a conversation with your Chambers.

Thank you for your consideration in this matter.

Very truly yours,

Stephen Vlock

1152.00006