# VLOCK & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

230 PARK AVENUE
NEW YORK, N.Y. 10169-0199

TEL. (212) 557-0020
FAX (212) 557-7283

February 5, 2008

**BY FAX**

The Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**SO ORDERED**

The conference is rescheduled
to May 15, 2008 at 9:30 a.m.

FEB 0 6 2008  *George B. Daniels*

Re:  New Falls Corporation v. Kasadel Inc.,
     and Kashif Ibad
     Case No. 07 CV 6700

Dear Judge Daniels:

We represent the Plaintiffs in the above-referenced matter. We have been unable to serve the individual defendant Kashif Ibad with the Summons and Complaint and are therefore intending to file a motion for service by alternate means and to enlarge our time to serve.

As such, we request the Court adjourn the Pre-Trial Conference scheduled for February 7, 2008 to May 15, 2008 at 9:30 A.M., as per a conversation with your Chambers.

Thank you for your consideration in this matter.

Very truly yours,

Stephen Vlock

1152 00006