CALLY FILED
JUL 1 8 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NEW FALLS CORPORATION,

                                          Plaintiff,

-against-

KASADEL INC., and KASHIF IBAD,

                                          Defendants
------------------------------------------------------------X

Case No. 07 CV 6700 (GBD)

**DEFAULT JUDGMENT**

WHEREAS, this action was commenced on July 25, 2007, by the filing of the summons and complaint, and a copy of the summons and complaint was served on the defendants as follows:

Defendant KASADEL INC. was served on July 30, 2007 by personal service upon Carol Vogt at the Office of the Secretary of State of New York;

Defendant Kashif Ibad was not served and Plaintiff has discontinued this action against Defendant Kashif Ibad without prejudice; and

WHEREAS, the defendant KASADEL INC. has not answered or made any motion with respect to the complaint herein, but instead the said defendant has failed to answer or appear and the time for answering or otherwise responding to the complaint has expired, and the default of defendant KASADEL INC. has been noted by the Clerk; and

WHEREAS, the allegations of the complaint are thereby deemed admitted,

NOW, upon application of VLOCK & ASSOCIATES, P.C., attorneys for Plaintiff, and it having been demonstrated that the Defendant KASADEL INC. has defaulted by failing to plead or otherwise defend and that the said Defendant is not an infant, incompetent, or person in the military service of the United States, it is hereby

ORDERED, that the action is hereby dismissed without prejudice as against Defendant Kashif Ibad; and it is further

ORDERED, ADJUDGED AND DECREED, that Plaintiff NEW FALLS CORPORATION, 100 North Center Street, Newton Falls, Ohio 44444, recover of Defendant KASADEL INC., 545 Eighth Avenue, New York, New York 10018, the principal sum of $76,768.00, with interest thereon in the sum of $54,145.18, plus late fees in the sum of $250.03, for a total sum of $131,163.21, and that Plaintiff have execution therefor.

Dated:   New York, New York
         July JUL 1 8 2008, 2008

_____
UNITED STATES DISTRICT JUDGE
HON. GEORGE B. DANIELS